# Court of Appeals
# of the State of Georgia

ATLANTA,__May 23, 2013____

*The Court of Appeals hereby passes the following order:*

## A13D0356. DANIEL TAYLOR v. FULTON COUNTY SUPERIOR COURT, et al.

On April 24, 2013, Daniel Taylor filed an application for discretionary appeal of the trial court's order denying his pro se motion to proceed *in forma pauperis* in his conspiracy suit against Fulton County Superior Court, the Fulton County Superior Court Clerk of Court, and Fulton County Superior Court Judge Kimberly Esmond. The order attached to the application was signed on February 25, 2013, but was not stamped "filed" as required by Court of Appeals Rule 31 (e). A stamped "filed" copy is required in order for this Court to ascertain that the application was filed within 30 days of the order being challenged, which is a jurisdictional prerequisite. See OCGA § 5-6-35 (d) (application must be filed within 30 days of the entry of the order appealed); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) (OCGA § 5-6-35 requirements are jurisdictional). On April 30, 2013, this Court directed Taylor to supplement the application with a stamped "filed" copy of the order sought to be appealed within 10 days of the April 30 order. We noted that failure to comply with this directive would result in dismissal of his application. Although Taylor filed another copy of the trial court's order, it also is not stamped "filed," and we cannot, therefore, determine whether his application for discretionary appeal is timely. Because more than 10 days have passed since we issued the April 30, 2013 order and Taylor has failed to file a stamped "filed" copy of the order denying his motion to proceed *in forma pauperis*, his application is hereby DISMISSED.

Taylor has also filed a motion for extension of time to re-file his application for discretionary appeal, but this Court lacks the authority to grant an extension of time

for the filing of an application for discretionary appeal where the request for an extension is not filed before the expiration of the period for filing as originally prescribed. See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011); OCGA § 5-6-39 (d). Because Taylor has not provided us with a stamped "filed" copy of the order he wishes to appeal, we cannot determine if this motion was timely filed. Accordingly, Taylor's motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/23/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*